FILED: October 30, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 14-1929
(1:14-cv-00025-AJT-TCB)
(USBC EDVA, 12-11061-BFK)

_____

DHARMESH VINODRAI MEHTA; RENU DHARMESH MEHTA

    Debtors - Appellants

SANJIV D. SHAH; KAMINI S. SHAH

    Creditors - Appellees

_____

O R D E R

_____

The court sets the time for serving and filing the informal opening brief to 11/20/2014.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk